### 13090.   MOORE *v.* GRIFFITH.

LUKE, J. The charge of the court was full and fair and adjusted to the pleadings and the evidence, the court did not err as complained of with respect to the admission and exclusion of testimony, and the evidence amply supported the verdict. For no reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 13, 1922.

Complaint; from city court of Carrollton — Judge Hood. October 29, 1921.

*Willis Smith,* for plaintiff in error.

*Griffith & Matthews,* contra.

---

### 13213.   BRINSON *v.* THE STATE.

LUKE, J. The defendant was charged with the crime of being upon a public road in an intoxicated condition, which intoxication was made manifest by boisterousness, and by indecent conduct and acting, and by using vulgar, profane, and unbecoming language, and by loud and violent discourse. The evidence adduced upon the trial showed that the defendant was drunk, and that his drunkenness was made manifest by his using profane language. This was sufficient to authorize his conviction; and, the only question before this court being as to the sufficiency of the evidence, the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 13, 1922.

Accusation of misdemeanor; from city court of Cairo — Judge Rigsby. December 10, 1921.

*Jeff. A. Pope,* for plaintiff in error.

*M. L. Ledford, solicitor pro tem.,* contra.